AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court **for the District of Delaware** on the following

☐ Trademarks or  ☑ Patents.  ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO. | DATE FILED<br>7/20/2012 | U.S. DISTRICT COURT<br>for the District of Delaware | |
|---|---|---|---|
| PLAINTIFF<br>Davol, Inc. | | DEFENDANT<br>Atrium Medical Corporation | |
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1  7,785,334 B2 | 8/31/2010 | Davol, Inc. | |
| 2  7,806,905 B2 | 10/5/2010 | Davol, Inc. | |
| 3  7,824,420 B2 | 11/2/2010 | Davol, Inc. | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | | |
|---|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| Dismissed - See attached stipulation |

| CLERK<br>JOHN A. CERINO, CLERK<br>UNITED STATES DISTRICT COURT<br>844 KING STREET, UNIT 18<br>WILMINGTON, DE 19801 | (BY) DEPUTY CLERK<br>[signature] | DATE<br>4/10/14 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVOL, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 12-958 (GMS) |
| ) | |
| ATRIUM MEDICAL CORPORATION, ) | |
| ) | |
| Defendant. ) | |

**ORDER GRANTING STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Before the Court is the Stipulation for Dismissal without Prejudice of Plaintiff Davol Inc.'s ("Davol's") claims against Defendant Atrium Medical Corporation ("Atrium"), and Atrium's counterclaims against Davol. The Court being of the opinion that said stipulation should be GRANTED, it is hereby:

ORDERED, ADJUDGED AND DECREED that all claims and counterclaims asserted in the above-captioned action by and between Davol and Atrium are hereby dismissed without prejudice.

It is further ORDERED that all costs, expenses and attorney fees are to be borne by the party that incurred them.

_April 10, 2014_  
Date

_____  
Chief, United States District Judge